# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jorge Tennin

                              Plaintiff,

v.                                                       Case No.: 1:22−cv−05663

                                                               Honorable John F. Kness

College of Lake County, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 13, 2023:

        MINUTE entry before the Honorable John F. Kness: On 12/21/2022, Defendants filed a motion to dismiss [6]. Under FRCP 15(a)(1)(B), Plaintiff had the right to amend his complaint within the next 21 days. The 21st day, the last day for amending as of right, passed on 1/11/2023. Plaintiff, however, filed an amended complaint [11] the next day, that is, on 1/12/2023. Because Plaintiff's amended complaint was filed after 21 days passed since Defendants filed their motion to dismiss, Plaintiff was required to "seek the opposing party's written consent or leave from the court to amend its pleading." *Mongler v. Knight*, 2018 WL 5921318, at *5 (N.D. Ill. 2018) (citing Fed. R. Civ. P. 15(a)(2)). Plaintiff did not seek leave from the Court, and the amended complaint does not state whether Defendants consent to or oppose the amendment. In the interest of efficiency, however, and in view of the liberal construction to be afforded requests to amend under FRCP 15 (especially early in a case, as here), the Court construes the filing of the amended complaint a day late as having included a request for leave to file the amended complaint. So construed, the request is granted. Plaintiff's counsel, to be sure, muddied the waters by also filing a response [12] to the motion to dismiss [6], but the Court will attempt to clean up the mess by striking the response [12] as moot in view of the amended complaint. Defendant's motion [6] to dismiss the original complaint is dismissed as moot. Defendants must answer or otherwise respond to the amended complaint [11] on or before 2/10/2023. If any party objects to the Court's largely sua sponte approach in this order, they may file a motion for reconsideration on or before 1/20/2023. Separately, the parties have proposed an acceptable schedule to govern the case. Enter scheduling order. In view of the relief provided in this order, the status hearing set for 1/19/2023 is stricken and reset to 2/27/2023 at 09:00 AM. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.