IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE TENNIN,<br><br>      Plaintiff,<br><br>   v.<br><br>COLLEGE OF LAKE COUNTY, GABE LARA, in his official and individual capacity, and MERIZA CANDIA-THOMPSON, in her official and individual capacity,<br><br>      Defendants. | Case No. 22-cv-5663<br><br>Judge John F. Kness |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court has reviewed the parties' Joint Initial Status Report, which contains a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Motions to Amend the Pleadings | March 1, 2023 |
| Service of process on any "John Does" | March 15, 2023 |
| Completion of Fact Discovery | November 1, 2023 |
| Disclosure of Plaintiff's Expert Report(s) | January 15, 2024 |
| Deposition of Plaintiff's Expert | March 1, 2024 |
| Disclosure of Defendant's Expert Report(s) | April 15, 2024 |
| Deposition of Defendant's Expert | June 3, 2024 |
| Dispositive Motions | July 5, 2024 |

The parties are reminded that the pendency of a dispositive motion, such as a motion to dismiss, does not automatically cause discovery to be stayed.

SO ORDERED.

Date: January 13, 2023

                                              JOHN F. KNESS
                                              United States District Judge