## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jorge Tennin

                       Plaintiff,

v.                                         Case No.: 1:22−cv−05663
                                                    Honorable John F. Kness

College of Lake County, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 18, 2023:

      MINUTE entry before the Honorable John F. Kness: For the reasons provided in the accompanying Memorandum Opinion and Order, which is being entered separately, Defendants' motion to dismiss Plaintiff's Title VII and ADEA claims (Counts I, II, III, and V) is granted with prejudice. Defendants' motion to dismiss Plaintiff's Section 1983 claims (Count IV) against Defendants Lara and Candia−Thompson is denied. Defendants' motion to strike punitive damages against the College is denied as moot. Enter Memorandum Opinion and Order. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.