UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JORGE TENNIN,

    Plaintiff,

v.

COLLEGE OF LAKE COUNTY,
LARA GABE,
in his official and individual capacity, and
MERIZA CANDIA-THOMPSON,
in her official and individual capacity,

    Defendants.

Case No. 22-cv-5663

Judge John Kness

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs hereby move this Court for leave to file the attached Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15, LR 5.3 and 5.4. For the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that this Court grant him leave to file the Second Amended Complaint because it will clarify the dispute between the parties and will not cause any prejudice.

Respectfully submitted,

JORGE TENNIN

By:   s/ Calvita J. Frederick
      Attorney for Plaintiff

Calvita J. Frederick
Post Office Box 802976
Chicago, Illinois 60680-2976
312-421-5544
ARDC # 6184001
Calvita.Frederick@att.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2023, the foregoing *Motion for Leave to File Second Amended Complaint, Memorandum on Law in Support thereof, and Plaintiff's Proposed Second Amended Complaint* were filed through the Court's CM/ECF system, which shall send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

                                                                  s/ Calvita J. Frederick
                                                                   Attorney for Plaintiff
                                                                   Calvita J. Frederick